JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J.B., <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:17-cv-00992-SHK <br><br><br> JUDGMENT |

It is the judgment of this Court that the Commissioner of Social Security's decision is REVERSED and this case is REMANDED for further proceedings consistent with this Court's Opinion and Order.

IT IS SO ORDERED.

DATED: 8/10/2018

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge